UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                 :

ANONYMOUS,                                                  :

                                                        :          25 Civ. 1825 (PAE)
                          Plaintiff,               :

                                                        :          <u>ORDER TO SHOW</u>
                       -v-                                :              <u>CAUSE</u>

                                                        :

ANONYMOUS,                                                  :

                                                        :
                          Defendant.              :

                                                         :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      On March 4, 2025, plaintiff filed a motion to seal the petition and complaint. Dkt. 1. The Court denied this motion without prejudice on March 6, 2025. Dkt. 4. No further action has been taken in this case since.

      Accordingly, it is hereby ORDERED that plaintiff shall show cause by Monday, September 22, 2025 why the above-captioned action should not be dismissed for failure to prosecute, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Plaintiff may show cause by properly filing a complaint in this action by September 22, 2025. Failure to do so will result in dismissal of this case without prejudice for failure to prosecute under Rule 41.

      SO ORDERED.

                                                                           *Paul A. Engelmayer*
                                                                            Paul A. Engelmayer
                                                                            United States District Judge

Dated: August 22, 2025
         New York, New York