UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                              :
ANONYMOUS,                                    :
                                              :   25 Civ. 1825 (PAE)
                          Plaintiff,          :
                                              :   <u>ORDER OF DISMISSAL</u>
            -v-                               :
                                              :
ANONYMOUS,                                    :
                                              :
                          Defendant.          :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    On March 4, 2025, plaintiff filed a motion to seal the petition and complaint. Dkt. 1. The Court denied this motion without prejudice on March 6, 2025. Dkt. 4. Plaintiff took no further action in this case. On August 22, 2025, the Court issued an order to show cause why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41. Dkt. 5. The Court advised that cause may be shown by properly filing a complaint by September 22, 2025. *Id.* Plaintiff has not taken this step or otherwise taken any action to make progress in this case since the Court's order to show cause.

    Accordingly, under Federal Rule of Civil Procedure 41(b) and the Court's inherent power, *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–32 (1962), the Court hereby dismisses this case, without prejudice, for the plaintiff's failure to prosecute.

    The Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: September 30, 2025
       New York, New York